of Ohio, respondent complies with this and all other orders of the court, and this court orders respondent reinstated.

On June 29, 2007, the commission filed a recommendation pursuant to Gov.Bar R. X(7)(B)(2) finding that the respondent has paid all fees assessed for noncompliance, has made up all deficiencies and is now in full compliance with all requirements of Gov.Bar R. X, and recommending that the respondent be reinstated to the practice of law in Ohio. The commission certified that respondent had completed the credit hours of continuing legal education required during the suspension by this court's order of suspension. Respondent has satisfied all the requirements of this court's order of suspension. Upon consideration thereof,

IT IS ORDERED by the court that the recommendation of the commission is adopted and respondent, Anthony Phillip Georgetti, is hereby reinstated to the practice of law.

# CASE ANNOUNCEMENTS AND ADMINISTRATIVE ACTIONS

*July 12, 2007*

[Cite as *07/12/2007 Case Announcements*, 2007-Ohio-3518.]

## MOTION AND PROCEDURAL RULINGS

**2007–1054. Newman v. Levin.**
Board of Tax Appeals, Nos. 2002–M–170, 2002–M–171, and 2002–M–172. This cause is pending before the court as an appeal from the Board of Tax Appeals. Richard A. Levin, Tax Commissioner of Ohio, has filed a motion to change the manner in which the case is styled. The Tax Commissioner wishes to be designated as an appellant.

However, the docket currently reflects that the Tax Commissioner is an appellant and a cross-appellee. Thus, the motion is denied as moot.

## MISCELLANEOUS DISMISSALS

**2007–0802. State ex rel. CFCP Properties, L.L.C. v. Schneiderman.**
In Mandamus. This cause originated in this court on the filing of a complaint for a writ of mandamus. Upon consideration of relators' application for dismissal,

It is ordered by the court that the application for dismissal is granted. Accordingly, this cause is dismissed.

## MEDIATION REFERRALS

The following case has been referred to mediation pursuant to S.Ct.Prac.R. XIV(6):

**2007–1129. UBS Financial Servs., Inc. v. Levin.**
Board of Tax Appeals, No. 2003–T–1139.

The following case has been returned to the regular docket pursuant to S.Ct.Prac.R. XIV(6)(E):

**2007–0948. State ex rel. McIntyre v. Ravenna.**
In Mandamus.